UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHEN KROSWEK,

     Plaintiff,

                                                   Case No. 26-cv-10811
v.                                          Hon. Matthew F. Leitman

CHAD SUTKOWI, *et al.*,

     Defendants.

_____/

## ORDER DISMISSING PLAINTIFF'S COMPLAINT (ECF No. 1) WITHOUT PREJUDICE

In this action, *pro se* Plaintiff Stephen Kroswek alleges that Defendants Chad Sutkowi, Eric Cowles, and the Thomas Township Police Department violated his civil rights. (*See* Compl., ECF No. 1.)  On March 12, 2026, the Court ordered Kroswek to complete and submit certain documents to the Clerk of the Court so that his Complaint could be served on the Defendants. (*See* Order, ECF No. 6.)  The deadline for Kroswek to submit those documents was March 26, 2026.  Kroswek failed to submit any documents to the Court by that date.  In addition, Kroswek has neither contacted the Court to ask for additional time to comply with the Court's March 12 order nor provided any explanation for his failure to submit the required documents.  The failure to comply with the Court's order is not a mere technical

1

violation of the rules.  Without the required service documents, the Court cannot serve the Complaint on the Defendants and this case cannot progress forward.

Thus, because Kroswek has failed to comply with the Court's March 12 order, the Court **DISMISSES** his Complaint (ECF No. 1) **WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  April 13, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 13, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126